THE HONORABLE Marc L. Barreca
Chapter 13
Location: Port Orchard
Date of Hearing: September 18, 2013
Time: 1:00 p.m.
Response Date: September 11, 2013

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington at Seattle

| | | |
|---|---|---|
| IN RE: | ) | CH.13 CASE NO. 11-17331-MLB |
| | ) | |
| EDDIE EARL PAYNE, JR., | ) | NOTICE OF MOTION AND HEARING |
| ALICIA ANN PAYNE, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that the hearing on the Debtor's MOTION AND DECLARATION FOR TURNOVER OF TITLE AND FOR TERMS RE: HSBC/Kawasaki will be held on the date and time and place set forth below:

JUDGE: MARC L. BARRECA          TIME: 1:00 p.m.

PLACE: Kitsap County Courthouse          DATE: September 18, 2013
       614 Division St., Rm. 104
       Port Orchard, WA 98366

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, and deliver copies to the undersigned NOT LATER THAN the RESPONSE DATE, which is September 11, 2013.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in it's discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 12th day of August, 3013.

Moving Party,

*/s/ David Carl Hill*
DAVID CARL HILL, WSBA #9560
Attorney for Debtors

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL ROAD SE, SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491

Notice of Motion and Hearing