**UNITED STATES BANKRUPTCY COURT**
**Western District of Washington at Seattle**

| | |
|---|---|
| IN RE: ) | CH.13 CASE NO. 11-17331-MLB |
| ) | |
| EDDIE EARL PAYNE, JR., ) | ORDER GRANTING MOTION FOR |
| ALICIA ANN PAYNE, ) | TURNOVER OF TITLE AND FOR |
| ) | TERMS RE: HSBC/Kawasaki |
| Debtors. ) | |
| ) | (PROPOSED) |

**THIS MATTER** having come before the above entitled court on Debtor's MOTION AND DECLARATION FOR TURNOVER OF TITLE AND FOR TERMS RE: HSBC/Kawasaki; Debtors appearing by and through their attorney, DAVID CARL HILL; Respondent, HSBC/Kawasaki, having been duly notified of said motion and having appeared/not appearing; the court having found that the above respondent took an action adverse to the debtors after entry of the federal stay herein was in effect, and after having been duly notified of the stay; the Court specifically finding the above Respondent in contempt of 11 U.S.C. Section 362; now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Respondent, HSBC/Kawasaki, shall immediately relinquish title to the 2008 Vulcan 900 Kawaski; it is further

Order Granting Motion and Declaration
for Turnover of Title and For Terms    - 1 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL RD SE, SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491

Case 11-17331-MLB    Doc 64-2    Filed 08/12/13    Ent. 08/12/13 12:31:33    Pg. 1 of 2

**ORDERED, ADJUDGED AND DECREED** that Respondent, HSBC/Kawasaki is hereby ordered to pay $750 for fees incurred by Debtors' counsel, DAVID CARL HILL in connection with this action, and that said fees be paid directly to Debtors' Counsel, DAVID CARL HILL at the address set forth below.

/ / / End of Order / / /

Presented by:

_____
DAVID CARL HILL, WSBA #9560
Attorney for Debtors

Order Granting Motion and Declaration
for Turnover of Title and For Terms    - 2 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL RD SE, SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491