THE HONORABLE Marc L. Barreca
Chapter 13
Location: Port Orchard
Date of Hearing: September 18, 2013
Time: 1:00 p.m.
Response Date: September 11, 2013

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington at Seattle

| | |
|---|---|
| IN RE: ) | CH.13 CASE NO. 11-17331-MLB |
| ) | |
| EDDIE EARL PAYNE, JR., ) | PROOF OF SERVICE |
| ALICIA ANN PAYNE, ) | |
| ) | |
| **Debtors.** ) | |
| _____ ) | |

The undersigned declares under the penalty of perjury under the Laws of the State of Washington, that on the 12th day of August, 2013, I deposited in the mail of the United States of America, a properly stamped and addressed envelope containing a copy of the NOTICE OF MOTION AND HEARING, MOTION AND DECLARATION FOR TURNOVER OF TITLE AND FOR TERMS RE: HSBC/Kawasaki, and PROPOSED ORDER GRANTING MOTION AND DECLARATION FOR TURNOVER OF TITLE AND FOR TERMS RE: HSBC/Kawasaki directed to the following respondent:

> HSBC/Kawasaki
> Attn: Bankruptcy Department
> P.O. Box 5213
> Carol Stream, IL 60197

DATED this 12th day of August, 2013.

*/s/ Wendy M. Gifford*
Wendy M. Gifford, Legal Assistant

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL RD SE, SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491

Proof of Service — 1 —