**Below is the Order of the Court.**

_Marc Barreca_
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

**RCO Legal, P.S.**
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131
www.rcolegal.com

Honorable Judge Marc L. Barreca
Chapter 13
Hearing Location: Port Orchard
Hearing Date: September 18, 2013
Hearing Time:1:00 PM

WESTERN DISTRICT OF WASHINGTON
UNITED STATES BANKRUPTCY COURT

IN RE:

EDDIE EARL PAYNE, JR AND
ALICIA ANN PAYNE,

               DEBTORS.

CASE NO. 11-17331-MLB

STIPULATED ORDER FOR WITHDRAWAL OF
MOTION FOR TURNOVER OF TITLE AND FOR
TERMS

    IT IS STIPULATED AND AGREED between Eddie Earl Payne, Jr and Alicia Ann Payne,

Debtors herein, by and through their attorney of record, David Carl Hill, and HSBC Bank Nevada

N.A., Creditor herein, by and through its attorneys, James K. Miersma and RCO Legal, PS, that this

Court order the following:

STIPULATED ORDER FOR WITHDRAWAL OF
MOTION
PAGE 1

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

1    IT IS ORDERED that HSBC Bank Nevada N.A.'s claim as to a 2006 Kawasaki VN900 VIN #:

2    JKAVN2B176A005461 has been fully satisfied and the title has been released to Debtors as of August

3    14, 2013, and;

4        IT IS FURTHER ORDERED that both parties shall bear their own respective fees and costs

5    related to this motion.

6        IT IS NOTED that because of the agreed order entered into between the parties, Debtors

7    hereby withdraws their Motion for Turnover of Title and Terms filed August 12, 2013.

8                        / / / End of Order / / /

9
     PRESENTED BY:
10   RCO LEGAL, PS

11

12   By:    /s/ James K. Miersma
              James K. Miersma, WSBA # 22062
13            Attorneys for HSBC Bank Nevada N.A.

14   AND BY:

15

16    /s/ David Carl Hill
17   David Carl Hill, WSBA # 9560
     Attorney for Debtors

18

19

20

21

22

23

24

25

STIPULATED ORDER FOR WITHDRAWAL OF
MOTION
PAGE 2

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

Case 11-17331-MLB    Doc 66    Filed 09/06/13    Ent. 09/06/13 15:24:25    Pg. 2 of 2